UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-CR-193(2) (MJD/ECW)

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BENJAMIN RYAN TEETER (2),

        Defendant.

STATEMENT OF FACTS IN SUPPORT OF SECOND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

---

Pursuant to 18 U.S.C.§ 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act: My lawyers have only recently been provided the Superseding Indictment. I understand that the defense of my cases involves complex legal and factual issues and my lawyers need more time to research these issues.

The defense requests a continuance of the date to file motions by to and including December 11, 2020. Based on the above facts, I request that the period of time from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on my case. I have discussed this matter with my lawyer. I voluntarily make this request, with full knowledge of my rights under the Speed Trial Act.

Dated: 11-09-2020

Benjamin Ryan Teeter

Dated: 11/9/20

Andrew S. Birrell
Attorney for Mr. Teeter