# United States District Court

### for the

### DISTRICT OF MINNESOTA

### United States v. Michael Robert Solomon

### Docket No. 0864 0:20CR00193-001(MJD)

### Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Robert Solomon** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on March 10, 2022, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Extremist material restrictions
- Mental health counseling/treatment
- Up to 180 days in a residential reentry center with location monitoring (GPS) under home detention
- Internet restrictions
- Social media restrictions
- General search condition
- Parenting skills course

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Michael Robert Solomon is not alleged to have violated the conditions of supervision. This modification is being made to afford the defendant with less restrictive conditions, in response to observed compliance.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

It is recommended that the defendant will be allowed to move out of the residential reentry center, and reside at his approved release residence. As the associated condition is for "up to 180 days" it does not appear a modification is needed for this action to occur.

At this time, it is recommended that the defendant remain on location monitoring with global positioning system (GPS) technology. It is requested that the restrictions associated with location monitoring be reduced from home detention, to the following restrictions associated with a curfew:

The defendant shall remain at his residence every day during set hours as directed by the probation officer.

### ORDER OF THE COURT

Considered and ordered this _25th_ day of _May 2023_, and ordered filed and made a part of the records in the above case.

_s/Michael J. Davis_
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on    May 24, 2023

Place            Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer