F#11169473

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,
                        *Plaintiff,*

v.

Benjamin Ryan Teeter,
                        *Defendant.*

2341-0523-0663

Case No. 0:20-cr-00193-MJD-ECW(DFE)

RECEIVED MAY 31 2023 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

RECEIVED 2023 MAY 23 PM 4:12 U.S. MARSHAL MINNEAPOLIS, MN

**ARREST WARRANT**

To: Any authorized law enforcement officer

    *YOU ARE COMMANDED* to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Benjamin Ryan Teeter,

who is accused of an offense or violation based on the following document filed with the court:  ( ) Order of Court  ( ) Indictment  ( ) Superseding Indictment  ( ) Information  ( ) Superseding Information  ( ) Complaint  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

*[Seal of U.S. District Court, District of Minnesota]*    *Fogarty* (signature)

Date:   May 23, 2023

                                          Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

ARRESTED ON 5/23/2023
ARRESTED BY USPO-E/NC

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED MAY 31 2023 U.S. DISTRICT COURT MPLS